# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONTE M. PATTERSON

NO. 2024 KW 0052

**FEBRUARY 26, 2024**

---

In Re:    Donte M. Patterson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 576674, 593630.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT